WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, not in its individual capacity but solely as owner trustee under a trust agreement for the benefit of Willis Engine Structured Trust VIII

Plaintiff,

- against -

CALC GLOBAL LEASING LIMITED,
ZF IRELAND AIRCRAFT 110 LIMITED

Defendants.

26-mc-59

## ORDER GRANTING LESSOR'S MOTION TO SEAL

Upon consideration of the Motion to Seal, submitted by Plaintiff Wells Fargo Trust Company, National Association ("Lessor"), not in its individual capacity but solely as owner trustee under a trust agreement for the benefit of Willis Engine Structured Trust VIII, and all papers submitted in support thereof, this Court hereby **ORDERS** that Lessor's motion to seal Exhibit B to its forthcoming complaint and to file this exhibit with limited redactions is **GRANTED**.

**IT IS SO ORDERED** this 20 day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE